IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )  Chapter 13
    Teo-Anthony and Donna Bernados )  Number 11-11903
        Debtor(s) )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Bernados (Last)    Teo-Anthony (First)    (MI)

**Joint Debtor Name:** Bernados (Last)    Donna (First)    E (MI)

**Previous Address:** 1178 Sumter Landing Circle

Evans (City)    GA (State)    30809 (Zip Code)

**New Address:** 2133 West Quay Road

St Augustine (City)    FL (State)    32092 (Zip Code)

This 28th day of September, 2016.

By: /s/ Todd Boudreaux

Todd Boudreaux
Name    Title

493 Fury's Ferry Road
Address

Augusta (City)    GA (State)    30907 (Zip Code)

(706) 869-1334 (Telephone)    070023 (Bar ID)